In the Matter of 249 WEST 45TH STREET and 238–250 WEST 46TH STREET IN THE CITY OF NEW YORK (NEW YORK TITLE & MORTGAGE COMPANY).

DORSAR ENTERPRISES, INC., Appellant; ALFRED J. CALLAHAN, as Trustee, et al., Respondents.

Argued January 11, 1943; decided February 25, 1943.

582

*Milton R. Weinberger, William Klein* and *Adolph Lund* for appellant.

*Lewis F. X. Cotignola, James R. Kelly* and *Edward F. Keenan* for Superintendent of Insurance of State of New York, respondent.

*Lazarus Joseph, Jacob S. Demov* and *Charles L. Grad* for Alfred J. Callahan, as trustee, respondent.

*Henry J. Block* for Certificate Holders, respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.